MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Thor W. Yang

Chapter 7 Case No. 09-43273

Please Check One:

\_\_\_\_\_ Unclaimed Dividends

\_\_✓\_\_ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>P.O. Box 91121<br>Seattle, WA 98111-9221 | 1 | 1,056.17 | 4.36 |
| FIA Card Services, NA/Bank of America<br>By American Infosource LP as its Agent<br>P.O. Box 248809<br>Oklahoma, OK 73124-8809 | 2 | 597.28 | 2.47 |

Dated: July 25, 2010

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\T. Yang\Unclaimed Dividends Distribution Less than $5.wpd

# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

July 23, 2010

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Thor W. Yang
      BKY No. 09-43273

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $6.83 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
rlseaver@fullerseaverramette.com

RLS:klf
Enclosure
cc:   United States Trustee